## MILLS *v.* JOHNSON.

ERROR TO THE COURT OF CIVIL APPEALS FOR THE FIFTH SU-
PREME JUDICIAL DISTRICT OF THE STATE OF TEXAS.

No. 36.   Argued November 12, 1909.—Decided December 13, 1909.

Writ of error to review a judgment of the state court dismissed for want of jurisdiction without opinion on authority of previous decisions.

*Mr. Frederic D. McKenney* and *Mr. R. S. Neblett* for plaintiffs in error.

*Mr. Robert E. Prince, Mr. Richard Mays* and *Mr. W. S. Simpkins* for defendants in error.

*Per Curiam.* Writ of error dismissed for want of jurisdiction. *Beale's Heirs* v. *Johnson,* 45 Tex. Civ. App. 119; 99 S. W. Rep. 1045; *Waters-Pierce Oil Co.* v. *Texas,* 212 U. S. 86; *Same* v. *Same* (No. 2), 212 U. S. 112; *McCorquodale* v. *Texas,* 211 U. S. 432; *Cox* v. *Texas,* 202 U. S. 446; *Harding* v. *Illinois,* 196 U. S. 78; *Arbuckle* v. *Blackburn,* 191 U. S. 405.